## Letha B. Akin, Appellant, v. Kenneth Jack Akin, Appellee.

Term No. 49F22.

opinion filed May 9, 1949; released for publication June 9, 1949. Powless & Winters, for appellant; R. W. Harris, for appellee. Opinion by JUSTICE SCHEINEMAN. Not to be published in full.